**ORIGINAL**

FILED
CLERK, U.S. DISTRICT COURT

JUN 2 0 2018

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REPET, INC., a California corporation,<br><br>Plaintiff / Counterdefendant,<br><br>v.<br><br>SHUBIN "VINCENT" ZHAO, an individual; and DOES 1-10, inclusive,<br><br>Defendants / Counterclaimants. | Case No. 5:15-cv-02315 VAP (SPx)<br><br>REDACTED<br>**SPECIAL VERDICT FORM** |

# JURY VERDICT

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this court as our verdict in this case:

## I.  FINDINGS ON REPET, INC.'S CLAIMS

**Question No. 1**: Did Repet, Inc. ("Repet") prove by a preponderance of the evidence that Shubin "Vincent" Zhao ("Zhao") is liable to Repet for **fraud**?

\_\_\_\_Yes  __X__ No

*If you answered "Yes" to Question No. 1, please proceed to Question No. 2. If you answered "No" to Question No. 1, please proceed to Question No. 3.*

**Question No. 2**: Did Zhao prove by a preponderance of the evidence that Repet's claim of **fraud** is barred by the applicable statute of limitations?

\_\_\_\_Yes \_\_\_\_ No

*Please proceed to Question. No. 3.*

**Question No. 3**: Did Repet prove by a preponderance of the evidence that Zhao is liable to Repet for **intentional interference with contractual relations**?

\_\_\_\_Yes  __X__ No

*If you answered "Yes" to Question No. 3, please proceed to Question No. 4. If you answered "No" to Question No. 3, please proceed to Question No. 5.*

1

**Question No. 4**: Did Zhao prove by a preponderance of the evidence that Repet's claim of **intentional interference with contractual relations** is barred by the applicable statute of limitations?

\_\_\_\_Yes \_\_\_\_ No

*Please proceed to Question. No. 5.*

**Question No. 5**: Did Repet prove by a preponderance of the evidence that Zhao is liable to Repet for **breach of fiduciary duty**?

_X_ Yes \_\_\_\_ No

*If you answered "Yes" to Question No. 5, please proceed to Question No. 6.*
*If you answered "No" to Question No. 5, please proceed to Question No. 7.*

**Question No. 6**: Did Zhao prove by a preponderance of the evidence that Repet's claim of **breach of fiduciary duty** is barred by the applicable statute of limitations?

\_\_\_\_Yes _X_ No

*Please proceed to Question. No. 7.*

**Question No. 7**: Did Repet prove by a preponderance of the evidence that Zhao is liable to Repet for **conversion**?

　　　　　X Yes ＿＿ No

*If you answered "Yes" to Question No. 7, please proceed to Question No. 8. If you answered "No" to Question No. 7, but you answered "Yes" to Question Nos. 1, 3, **or** 5, please proceed to Question No. 9. If you answered "No" to Question Nos. 1, 3, 5, **and** 7, please proceed to Question No. 12.*

**Question No. 8**: Did Zhao prove by a preponderance of the evidence that Repet's claim of **conversion** is barred by the applicable statute of limitations?

　　　　　＿＿ Yes X No

*If you answered "No" to Question Nos. 2, 4, 6, **or** 8, please proceed to Question No. 9. If you answered "Yes" to Question Nos. 2, 4, 6, **and** 8, please proceed to Question No. 12.*

**Question No. 9**: What are the total damages suffered by Repet caused by Zhao?

　　MONETARY: $ 1,634,327.00
　　SHARES OF REPET'S COMMON STOCK: 0
　　OTHER: Toyota Camry Title

*Please proceed to Question. No. 10.*

3

**Question No. 10**: Did Repet prove with clear and convincing evidence that Zhao engaged in malice, oppression, or fraud?

_____Yes __X__ No

*If you answered "Yes" to Question No. 10, please proceed to Question No. 11. If you answered "No" to Question No. 10, please proceed to Question No. 12.*

**Question No. 11**: What are the punitive damages, if any, that you assess against Zhao?

TOTAL: $_____

*Please proceed to Question. No. 12.*

II.  **FINDINGS ON ZHAO'S COUNTERCLAIM**

**Question No. 12**: Did Zhao prove by a preponderance of the evidence that Repet is liable to Zhao for breach of an oral contract for severance pay?

_____Yes __X__ No

*If you answered "Yes" to Question No. 12, please proceed to Question No. 13.*

**Question No. 13**: What is the total amount of Zhao's damages caused by Repet?

TOTAL: $_____

1
2  *You have now reached the end of the verdict form and should review it to*
3 *ensure it accurately reflects your unanimous determinations. The Presiding Juror*
4 *should then sign and date the verdict form in the spaces below and notify the bailiff*
5 *that you have reached a verdict. The Presiding Juror should retain possession of the*
6 *verdict form and bring it when the jury is brought back into the courtroom.*
7
8 Dated: 6/20/2018    By: _____
9
10               Presiding Juror