United States District Court
Central District of California

FILED
CLERK, U.S. DISTRICT COURT
AUG 20 2018
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

Repet, Inc., et al.

    Plaintiffs / Counterdefendants,

v.

Shubin "Vincent" Zhao, et al.

    Defendants / Counterclaimants.

15-cv-02315 VAP (SPx)

**Final Judgment as to Jieh-Chieng "J.C." Chuang and Jennifer Chuang**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Court's September 2, 2016 Order Regarding Counterclaim Defendants Jieh-Chieng ("J.C.") Chuang and Jennifer Chuang's Motion to Dismiss, (Doc. No. 57), IT IS ORDERED AND ADJUDGED that Counterclaimant Shubin "Vincent" Zhao's derivative claims of fraud and breach of fiduciary duty are DISMISSED WITH PREJUDICE as to Defendants J.C. Chuang and Jennifer Chuang. The Court ORDERS that such judgment be entered.

**IT IS SO ORDERED.**

Dated: 8/20/18

    Virginia A. Phillips
    Chief United States District Judge

1